THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL C. GARRETT,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>OFFICER K. BUCHANAN, Star #1022, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C19-1916-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to file Defendants' first amended answer to Plaintiff's complaint (Dkt. No. 17). The Court hereby GRANTS Defendants leave to file the amended answer that the parties' attached to their stipulated motion.

DATED this 28th day of August 2020.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C19-1916-JCC
PAGE - 1